JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHENZHENSHI QILEHUIKEJIYOUXIANGONGSI,

Plaintiff,

v.

ORALIC SUPPLIES, INC.,

Defendant.

Case No. 2:25-cv-09657-PA-E

Hon. Percy Anderson

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Having considered the parties' Joint Stipulation of Dismissal, IT IS HEREBY ORDERED that the Stipulation is GRANTED.

All claims and counterclaims asserted in this action are dismissed WITHOUT PREJUDICE. Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

IT IS SO ORDERED

Dated August 31, 2026

United States District Judge